DANIEL G. BOGDEN
United States Attorney
NANCY J. KOPPE
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) 2:10-mj-00774-RJJ |
| PREMISES KNOWN AS 6026 ARBOR CREST STREET, CITY OF NORTH LAS VEGAS COUNTY OF CLARK, STATE OF NEVADA | ) |

The United States, by and through Daniel G. Bogden, United States Attorney, and Nancy J. Koppe, Assistant United States Attorney, asks this Court to unseal the affidavit of probable cause supporting the search warrant in the above-referenced case, as it is no longer necessary for it to remain sealed.

DATED: This 24th day of January, 2012.

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

NANCY J. KOPPE
Assistant United States Attorney

APPROVED:

United States Magistrate Judge
Date: Jan. 24, 2012